UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARIA LARKIN,

        Plaintiff,

v.                                                                                  Case No:   2:23-cv-144-JLB-NPM

JOHN P. LARKIN, II,
JP II, INC,
BARBARA R. BLACKMAN,
LYNN, LYNN, BLACKMAN AND
MANITSKY, P.C.,
GADUE'S DRY CLEANING,
PUBLIC STORAGE CORPORATE
and UNKNOWN/UNNAMED
DEFENDANTS,

        Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation recommending that the Court dismiss Plaintiff's action without prejudice for, among other reasons, failure to prosecute. (Doc. 13). No party has objected and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*.

1

Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and made part of this Order for all purposes.

2. This case is **DISMISSED** without prejudice.

3. The Clerk of Court shall enter judgment dismissing the case without prejudice, terminate all deadlines, and close the case.

**ORDERED** at Fort Myers, Florida on September 18, 2023.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE